# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHWEST REGIONAL COUNCIL OF CARPENTERS, et al., <br>     Plaintiffs, <br>     v. <br><br> PHIL LIMON, <br>     Defendant. | CV 17-6582 DSF (MRWx) <br><br> Order re Trial Briefing and Order to Show Cause re Sanctions |
| AND RELATED CLAIMS | |

    At the conclusion of the trial, both parties were ordered to file a trial brief in lieu of closing argument -- containing citations to the record -- no later than Friday, March 8. The parties timely submitted their respective briefs. Dkts. 222, 223. However, neither brief cited to the trial record. The parties were then ordered to resubmit their briefs, with appropriate citations to the trial record, no later than Monday, March 18, 2019. Dkt. 224. The Unions timely submitted their brief with citations to the trial record. See Dkt. 225. Phil Limon did not resubmit his brief.

    Limon's counsel, Christopher W. Katzenbach, is ordered to show cause in writing no later than March 27 why he should not be sanctioned in the amount of $250 for his violation of the Court's order. Payment of $250 in sanctions to the Clerk of Court, United

States District Court for the Central District of California, Room 4311, 350 W. 1st St., Los Angeles, CA, 90012 and a declaration confirming the payment by March 27, 2019 will be a satisfactory response to this Order to Show Cause.

Limon is ordered to submit his brief, containing citations to the trial record, no later than March 25. Failure to do so <u>will</u> result in additional sanctions.

IT IS SO ORDERED.

Date: March 20, 2019

Dale S. Fischer
United States District Judge