JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHWEST REGIONAL COUNCIL OF CARPENTERS, et al.,<br><br>       Plaintiffs,<br><br>          v.<br><br>PHIL LIMON,<br>       Defendant.<br><br>AND RELATED CLAIMS | CV 17-6582 DSF (MRWx)<br><br>JUDGMENT |

The Court having:

- dismissed Phil Limon's Seventh Counterclaim, and Daniel O'Donnell's Tenth and Eleventh Counterclaims, <u>see</u> Dkt. 88,

- dismissed Limon's Thirteenth Counterclaim, and O'Donnell's Fourth, Fifth, and Twelfth Counterclaims, <u>see</u> Dkt. 113,

- granted summary judgment on UBC's Counterclaim against Defendant Daniel O'Donnell, <u>see</u> Dkt. 143,

- granted summary judgment on Limon's and O'Donnell's Third Counterclaim, <u>see</u> Dkt. 174,

- issued its Findings of Fact and Conclusions of Law as to Plaintiffs' claim for declaratory relief and Limon's First, Second, Fourth, Sixth, Eighth, and Ninth Counterclaims, <u>see</u> Dkt. 239, and

- found that Limon abandoned his Fifth Counterclaim,

IT IS ORDERED AND ADJUDGED that Daniel O'Donnell and Phil Limon take nothing, that the action be dismissed with prejudice, and that Plaintiffs recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

IT IS SO ORDERED.

Date: August 5, 2019

_____
Dale S. Fischer
United States District Judge